UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STEPHEN MATTIX,

    Plaintiff,

v.                                Case No.3:12-cv-476-J-12JBT

THE PANTRY INC., etc., and REALTY
INCOME PROPERTIES, INC., etc.,

    Defendants.

## ORDER

This cause is before the Court on Defendants' Motion for Dismissal, or in the Alternative, for Summary Judgment (Doc. 22), filed December 13, 2012. As of the date of this Order, Plaintiff has not filed a response in opposition to the motion, and therefore the Court considers the motion unopposed. See M.D.Fla. R. 3.01(b).

On April 26, 2012, Plaintiff filed his Complaint (Doc. 1) seeking declaratory and injunctive relief, and attorney's fees and costs for Defendants' alleged violation of the Americans With Disabilities Act ("ADA") and the Florida Accessability Code at its property, Kangaroo Express, located at 8496 Blanding Blvd., Jacksonville, Florida 32244. Defendants' motion and supporting affidavits, photographs and other documentation, which are uncontradicted in the record, establish that 1) before Plaintiff filed his Complaint, Defendants had developed a plan and approved funding to make necessary ADA modifications to the property; 2) after they were served with Plaintiff's Complaint, Defendants' counsel advised Plaintiff's counsel of the plans for making the readily achievable modifications to the property and Defendants' proposed timetable for

completing them; and 3) that by November, 2012, all of the access barriers identified in Plaintiff's Complaint had been modified and the property is fully compliant with the ADA and relevant guidelines.

The Court finds based upon the uncontradicted record before it, and the authority cited by Defendants, particularly <u>Access 4 All, Inc. v. Casa Marina Owner, LLC</u>, 458 F.Supp.2d 1359 (S.D.Fla. 2006), that Plaintiff's claims are moot and are due to be dismissed with prejudice, and that Plaintiff is not entitled to an award of attorney's fees and costs. Upon review of the matter, it is

**ORDERED AND ADJUDGED**:

That upon finding that Plaintiff's claims are moot, Defendants' Motion for Dismissal, or in the Alternative, for Summary Judgment (Doc. 22) is granted, and this action is hereby dismissed with prejudice, with each party to bear its own costs and fees, and the Clerk is directed to close the case and to terminate any pending motions, hearings, or deadlines.

**DONE AND ORDERED** this ____18th____ day of January 2013.

*[signature]*
SENIOR UNITED STATES DISTRICT JUDGE

c:

Counsel of Record